**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DEAN C. BOYD**                                                                                                **PLAINTIFF**

**V.**                                                  **NO. 4:25-CV-113-DMB-JMV**

**MISSISSIPPI DEPARTMENT OF
CORRECTION AT MISSISSIPPI
STATE PENITENTIARY**                                                  **DEFENDANT**

**ORDER**

On June 30, 2025, Dean C. Boyd, who is incarcerated at the Mississippi State Penitentiary ("MSP") in Parchman, Mississippi, filed a pro se complaint in the United States District Court for the Southern District of Mississippi against Mississippi Department of Correction ("MDOC") at MSP. Doc. #1. In his complaint, Boyd asserts 42 U.S.C. § 1983 claims based on allegations of violations of "his Eighth Amendment of the United States and Mississippi Constitution" rights due to "MDOC's deliberate indifference concerning extreme temperatures above ninety-five degrees … in his cell without air condition or ventilations twenty-four … hour each day," which "is causing [him] exeruciating [sic] bed sores from sweating, trouble breathing, etc." Doc. #1 at 4 (spelling and grammatical errors in original). Boyd's case was transferred to the United States District Court for the Northern District of Mississippi on July 18, 2025. Doc. #4. On November 19, Boyd filed a motion for a hearing on his complaint. Doc. #9.

Boyd has a long history of filing meritless lawsuits. *See Boyd v. Allegiance Specialty Hosp. of Greenville*, No. 4:22CV101, 2023 WL 4634760, at *2 (N.D. Miss. July 19, 2023) (describing frivolous cases filed by Boyd). As a result, in a prior case, after summarizing Boyd's history of frivolous lawsuits and affording Boyd the opportunity to respond, Senior United States District Judge Glen H. Davidson sanctioned Boyd in the attempt to stem the tide of his meritless filings,

explaining:

> In sum, Dean C. Boyd has filed numerous meritless suits (many involving the same events), leveled scandalous allegations that he has been attacked and tortured by relative strangers, filed many motions and other papers in each case, failed to provide documentary evidence of the outrageous allegations once each case progresses, failed to comply with court orders, and (in some cases) has simply lost interest in the cases and failed to prosecute them. In addition, Boyd's pace of filing has accelerated recently, as evidenced by his *nine* cases that were pending before this court at the time the memorandum opinion was filed (with several others having previously been dismissed). Hence, Boyd's entire body of work, across multiple jurisdictions, has evinced a pattern of meritless and vexatious litigation. It is time to curb Boyd's frivolous and vexatious filings and limit the cases he does file to those which may potentially have merit.
>
> It is, therefore, **ORDERED**:
>
> **Before Dean C. Boyd may file suit in this court in the future, for each allegation, he must provide some modicum of documentary evidence tending to show that the events alleged actually occurred.** In addition, he must include a copy of this order with any suit he files in this court in the future.

*Id.* at *2–3 (emphases in original) (footnotes omitted).

When commencing the present case, despite Judge Davidson's sanctions order, Boyd failed to comply with the sanctions order because he alleges injuries without documentary evidence to support them, and did not include a copy of the sanctions order with his pro se complaint. Consequently, Boyd's motion for hearing [9] is **DENIED** and this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 30th day of January, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**